UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TYNISHA COVINGTON                              )
        Plaintiff,                                  )
                                                     )
v.                                             )    **JUDGMENT**
                                                     )
                                                     )    No. 5:21-CV-248-FL
KILOLO KIJAKAZI, Acting Commissioner            )
of Social Security,                            )
        Defendant.                                  )
                                                     )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's consent motion for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 25, 2022, it is ordered that defendant pay to plaintiff $5,585.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on April 25, 2022, and Copies To:**
Charlotte Williams Hall  (via CM/ECF Notice of Electronic Filing)
Amanda Gilman  (via CM/ECF Notice of Electronic Filing)

April 25, 2022                PETER A. MOORE, JR., CLERK

                                      /s/ Sandra K. Collins
                                  (By) Sandra K. Collins, Deputy Clerk